

JARED C. COBELL
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Jared.Cobell@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 20- 66 -GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ASSAULT BY STRANGULATION (Count I) Title 18 U.S.C. §§ 1153(a) and 113(a)(8) (Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) |
| JOSEPH TYLER HENDERSON, Defendant. | |
| | ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY (Count II) Title 18 U.S.C. §§ 1153(a) and 113(a)(7) (Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

COUNT I

That on or about February 27, 2020, at Box Elder, in the State and District of Montana, and within the exterior boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendant, JOSEPH TYLER HENDERSON, an Indian person, assaulted Jane Doe, an intimate partner and dating partner of the defendant, JOSEPH TYLER HENDERSON, by strangling Jane Doe, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(8).

COUNT II

That on or about February 27, 2020, at Box Elder, in the State and District of Montana, and within the exterior boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendant, JOSEPH TYLER HENDERSON, an Indian person, intentionally assaulted Jane Doe, an intimate partner, and dating partner of the defendant, JOSEPH TYLER HENDERSON, said assault resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(7).

//
//
//
//
//

A TRUE BILL.

*(signature)*

FOREPERSON

*(signature)*

KURT G. ALME
United States Attorney

*(signature)* for *(signature)*

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney